Anthony R. Robusto
Attorney at Law
State Bar No. 74960
5200 N. Irwindale Avenue, Suite 170
Irwindale, California 91706
Telephone: (626) 814-8669
Cell: (626) 483-9137
Facsimile: (626) 337-3593
E-mail: arobusto@verizon.net

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED – 6/8/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00709RMW |
| Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF SENTENCE HEARING ANDORDER |
| vs. | |
| MARK CARTER, II, etc., et al., | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. CR 05-00746 RMW |
| Plaintiff, | (D. Conn. No. 05-cr-00282-EBB) |
| vs. | |
| MARK G. CARTER, II, etc., et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** between defendant Mark G. Carter, II, by and through his counsel of record, John Tyre and Anthon y Robusto, Esq., and the United States, by and through Assistant United States Attorney Mark L. Trotsky, as follows:

1. This matter is presently set for a sentencing hearing on June 12, 2006 at 9:00 a.m.;

STIPULATION REQUESTING CONTINUANCE OF
SENTENCING HEARING AND [PROPOSED] ORDER

2.      The Probation Officer has requested further time to address sentencing issues and to complete the Presentence Report.

3.      The parties do not oppose this request for further time to prepare the Presentence Report.

For the foregoing reasons, and that the needs of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from June 12, 2006 to July 31, 2006 at 9:00 a.m., or the next available date.

**IT IS SO STIPULATED.**

Dated: June ___, 2006

KEVIN V. RYAN
United States Attorney
    /s/
MARK L. KROTOSKI
Assistant United States Attorney

Dated: June ___, 2006

    /s/
JOHN TYRE
ANTHONY ROBUSTO
Attorneys for Defendant

**IT IS SO ORDERED.**

Upon good cause shown, the sentencing hearing is continued from June 12, 2006 at 9:00 a.m. to July 31, 2006 at 9:00 a.m.

Dated: 6/8/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge