1
2
3
4
5
6
7          UNITED STATES OF AMERICA
8        NORTHERN DISTRICT OF CALIFORNIA
9              SAN JOSE DIVISION
10                                              *E-FILED - 8/3/06*

11  UNITED STATES OF AMERICA,        )   **Case No.  CR 05-00709 RMW**
                                     )
12                                   )
               Plaintiff,            )
13                                   )   **FINAL ORDER OF FORFEITURE**
                                     )
14         v.                        )
                                     )
15  MARK G. CARTER, II,              )
        aka "Burner," aka daburn, aka daburne,)
16      aka burnewrk, aka burns, aka goose,  )
                                     )
17             Defendant.            )
                                     )
18  ─────────────────────────────── )
19  UNITED STATES OF AMERICA,        )   **Case No.  CR 05-00746 RMW**
                                     )
20                                   )   (D. Conn. No. 05-cr-00282-EBB)
               Plaintiff,            )
21                                   )
                                     )
22         v.                        )
                                     )
    MARK G. CARTER, II,              )
23      aka "Burner,"                )
                                     )
24             Defendant.            )
    ─────────────────────────────── )

25        On April 13, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the

26  defendant's right, title and interest in the following:

27            1.    Maxtor Hard Drive, One Touch, Serial Number Y314SWMW;

28            2.    Numerous CD's Containing Music and Software

1    The United States represents that it has complied with the publication and notice

2  requirements of the Preliminary Order and that no petitions have been  filed.

3    THEREFORE, it is ordered that the above-described property shall be forfeited to the United

4  States, pursuant to  Title 17, United States Code, Sections 506(b) and 509(a).   All right, title and

5  interest in said property is vested in the United States of America.  The appropriate federal agency

6  shall dispose of the forfeited property according to law.

7    IT IS SO ORDERED this ____3____ day of ____August____. 2006.

8

9                                     /s/ Ronald M. Whyte
                                      RONALD M. WHYTE
10                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28